UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>                Plaintiff,<br><br>      v.<br><br>PRUDENTIAL INSURANCE COMPANY<br>OF AMERICA,<br><br>               Defendant. | Case No. 19-cv-01572-JD<br><br><br>**ORDER RE PLAINTIFF'S MOTION<br>TO PROCEED UNDER PSEUDONYM**<br><br>Re: Dkt. No. 3 |

The Court has reviewed plaintiff's request to proceed with this action under a pseudonym. Dkt. No. 3. The request is granted on a preliminary basis.

Our federal courts have a strong tradition of transparent litigation. *See Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067 (2000) (the "use of fictitious names runs afoul of the public's common law right of access to judicial proceedings, and Rule 10(a)'s command that the title of every complaint 'include the names of all the parties.'") (citations omitted). The Court is consequently unwilling to permanently grant broad anonymity to the plaintiff at this stage of the case, when no defendant has been served or has appeared.

Plaintiff may, however, proceed with the service of her complaint under a pseudonym. If she wishes to maintain that status, she may renew her request in an administrative motion filed with notice to defendant, within 21 days of effectuating service. The Court will then re-visit the matter after defendant has had an opportunity to respond to plaintiff's request.

**IT IS SO ORDERED.**

Dated: April 4, 2019

_____
JAMES DONATO
United States District Judge